United States Courts
Southern District of Texas
FILED
*April 25, 2024*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STAES OF AMERICA § <br> § <br> V. § <br> SHAIYKKEL ROBY § <br> AND § <br> BRIAN ARD § <br> DEFENDANTS § | CRIMINAL NO.: **4:24-cr-00219** |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### INTRODUCTION

At all times material to this Indictment, Denny's, is a Spartanburg, South Carolina company, with restaurants throughout the United States, engaged in the business of retail purchase and sales of consumer goods which are shipped in interstate commerce and which affect interstate commerce.

At all times material to this Indictment, Circle K, is a Greenwood Village, Colorado company, with restaurants throughout the United States, engaged in the business of retail purchase and sales of consumer goods which are shipped in interstate commerce and which affect interstate commerce.

### COUNT ONE

Title 18, United States Code, §§ 1951(a) and 2–Aiding and Abetting Interference with Commerce by Robbery

On or about January 18, 2024, in the Houston Division of the Southern District of Texas,

SHAIYKKEL ROBY
AND
BRIAN ARD

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury did knowingly and intentionally obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did unlawfully take and obtain the property of DENNY'S, located at 925 N. Wilcrest, Houston, Texas, which was in the possession and custody of an employee of DENNY'S, namely, United States Currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, §§ 1951(a) and 2.

COUNT TWO

Title 18, United States Code, §§ 924(c)(1)(A) and 2: -
Aiding and Abetting Brandishing of a Firearm During and in Relation to a Crime of Violence

On or about January 18, 2024, in the Houston Division of the Southern District of Texas,

SHAIYKKEL ROBY
AND
BRIAN ARD

defendants herein, aiding and abetting each other did knowingly brandish, a firearm, namely, a handgun, during and in relationship to a crime of violence for which they may be prosecuted in a court of the United States, that being Aiding and Abetting Interfere with Commerce by Robbery.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(ii) and 2.

## COUNT THREE

<u>Title 18, United States Code, §§ 1951(a) and 2–Aiding and Abetting Interference with Commerce by Robbery</u>

On or about January 18, 2024, in the Houston Division of the Southern District of Texas,

SHAIYKKEL ROBY
AND
BRIAN ARD

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury did knowingly and intentionally obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did unlawfully take and obtain the property of CIRCLE K, located at 6909 Airline, Houston, Texas, which was in the possession and custody of an employee of CIRCLE K, namely, United States Currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, §§ 1951(a) and 2.

## COUNT FOUR

<u>Title 18, United States Code, §§ 924(c)(1)(A) and 2: -
Aiding and Abetting Brandishing of a Firearm During and in Relation to a Crime of Violence</u>

On or about January 18, 2024, in the Houston Division of the Southern District of Texas,

SHAIYKKEL ROBY
AND
BRIAN ARD

defendants herein, aiding and abetting each other did knowingly brandish, a firearm, namely, a handgun, during and in relationship to a crime of violence for which they may be prosecuted in a court of the United States, that being Aiding and Abetting Interfere with Commerce by Robbery.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(ii) and 2.

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearm(s), involved in violation of Title 18, United States Code, Section 924 as charged in the indictment, are subject to forfeiture, including, but not limited to, the following:

1. Glock 19 9mm

2. Taurus Pistol .380 cal

A TRUE BILL:

*Original Signature on File*
FOREMAN OF THE GRAND JURY

Alamdar S. Hamdani
United States Attorney

BY: *Jill Jenkins Stotts*
Jill Jenkins Stotts
Assistant United States Attorney